UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ERNESTO RAMOS**,

        Plaintiff,

v.

**CREDIT CORP SOLUTIONS, INC. AND PATENAUDE & FELIX, A PROFESSIONAL CORPORATION**.

        Defendant,

        Defendant.

Case No. 2:25-cv-02811-AH-SSCx

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)  [30] [JS-6]**

    Good causing appearing, the stipulated request for dismissal of action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby GRANTED. Further, Plaintiff and Defendants shall bear their own fees and costs.

    IT IS SO ORDERED.

DATED: NOVEMBER 26, 2025

_____
Hon. Anne Hwang
United States District Judge